IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>MARIO JARAMILLO-CARRASCO,<br>*aka Mario Jarimillo-Carrasco,*<br>　　　　　Defendant. | No. CR 07-00987-TUC-JMR [CRP]<br><br>REPORT AND RECOMMENDATION |

　　　　Defendant Mario Jaramillo-Carrasco has been in the custody of the Attorney General at the Federal Medical Center in Butner, North Carolina [FMC-Butner] since February 19, 2008. Jaramillo-Carrasco has since been determined to be competent to stand trial. However, restoration of competence was only accomplished with involuntary administration of psychotropic medication. This Court recommends that Chief Judge Roll, after his independent review and consideration, issue an order providing for the continued involuntary administration of psychotropic medication pending a *Harper* or *Sell* hearing.

　　　　The course of Defendant's treatment at FMC-Butner is described in the Forensic Evaluation [FE], dated September 9, 2008. Jaramillo-Carrasco was admitted on February 19, 2008. He had previously been evaluated and treated to restore mental competence at FMC-Rochester in 1977, previous to that received mental health treatment in the California Department of Corrections. FE, p.2. At FMC-Rochester, Defendant was described as "labile, agitated and delusional about homosexuals." FE, p.3. Defendant's behavior at FMC-Butner, a decade later, was similar. *Id.*

　　　　Jaramillo-Carrasco's clinical course was "chaotic." FE, p6. He received eight

1  incident reports, four for assault, and was on suicide watch several times. *Id.* On May 21,
2  2008, Jaramillo-Carrasco smeared a combination of blood and feces on his suicide watch cell
3  observation window. FE, p.7. That same day, Jaramillo-Carrasco "was emergently
4  administered haloperidol 10 mg. intramuscularly." *Id.*

5  Since May 21, 2008, Jaramillo-Carrasco has been treated involuntarily with
6  haloperidol decanoate. FMC-Butner Staff Psychologist Robert G. Lucking, M.D. does not
7  foresee Jaramillo-Carrasco ever agreeing to take psychotropic medication voluntarily.
8  Without the involuntarily administered haloperidol, Dr. Lucking believes Jaramillo-Carrasco
9  would no longer be competent to stand trial and he would present a danger to others. FE
10 p.10.

11 The legal basis for the involuntary administration of haloperidol at FMC-Butner is the
12 BOP regulation providing for administrative *Washington v. Harper* dangerousness hearings.
13 28 C.F.R. 549.43. CCA has no similar administrative authority to involuntarily medicate a
14 defendant. The USMS similarly does not have such regulatory authority.

15 This Court has scheduled a *Washington v. Harper* hearing to determine if Jaramillo-
16 Carrasco poses a danger to self, others or property if not forcibly medicated. The
17 Government has moved for a *Harper* hearing before the Court. *[Dkt 36].* However, time will
18 be needed to transport Defendant to Arizona and allow him and his attorney to prepare for
19 the *Harper* hearing, including the preparation of defense expert testimony.

20 The *Harper* hearing is scheduled for **MONDAY, DECEMBER 1, 2008, AT 9:30 A.M.**
21 A Status Conference is scheduled on **FRIDAY, NOVEMBER 21, 2008, AT 9:15 A.M.** In the
22 interim, this Court finds that the continuation of the involuntary medication protocol
23 recommended by Dr. Lucking is both necessary and justified. This Court, therefore,
24 recommends that Chief Judge Roll enter an order:

25 1. Authorizing Dr. Hamidi at CCA to involuntarily medicate Jaramillo-Carrasco
26 according to the protocol recommended by Dr. Lucking; and
27 . . . . . . .
28 . . . . . . .

2.  That Dr. Hamidi report to the Court in writing every 30 days concerning the medication administered, any observed side effects or complications and the efficacy of the medication.

DATED this 3rd day of November, 2008.

**CHARLES R. PYLE**
UNITED STATES MAGISTRATE JUDGE