IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 07-987 TUC JMR (CRP) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| MARIO JARAMILLO-CARRASCO, | ) | |
| aka Mario Jarimillo-Carrasco, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated November 3, 2008 .

**IT IS FURTHER ORDERED** as follows:

1.  Authorizing Dr. Hamidi at CCA to involuntarily medicate Jaramillo-Carrasco according to the protocol recommended by Dr. Lucking; and

2.  That Dr. Hamidi report to the Court in writing every 30 days concerning the medication administered, any observed side effects or complications and the efficacy of the medication.

DATED this 1st day of December, 2008.

_____
John M. Roll
Chief United States District Judge