IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff(s), | ) | CR 07-0987 TUC JMR (CRP) |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MARIO JARAMILLO-CARRASCO, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated May 14, 2009.

DATED this 2nd day of July, 2009.

_____
John M. Roll
Chief United States District Judge